AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| | CASE NUMBER: 1:09-po-128 LTS |
| DIANNE SPINELLI | USM NUMBER: |
| | Steven L. Jones |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   **THE DEFENDANT** pleaded guilty to count(s)   2-Refusal to Submit to test/ 3-Failure to obey traffic device

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR4.23(c)(2) | Refusal to Submit to test | 6/21/10 | 2 |
| 36 CFR 4.12 | Failure to obey traffic control device-stop sign | 6/21/10 | 3 |

X   Count(s)   1- Operation under the influence      X is   ☐ are   dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total: $670 due by 6/25/10** | 25.00 sp assessment each $ count/ $10.00 court cost each count | $ Count 2- $500.00/Count 3-$100.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

_____

_____

Defendant's Mailing Address: _____

_____

June 21, 2010
Date of Imposition of Judgment

_[signature]_
Signature of Judge

LEO T. SOROKIN, UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

June 25, 2010
Date